1  Marilyn Raia, SBN 072320
   E-Mail: marilyn.raia@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701

5  Attorneys for Plaintiff
   Volumecocomo Apparel, Inc.
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 | VOLUMECOCOMO APPAREL, INC. a        | Case No.: CV 11 4201 MEJ
   | corporation,                         |
12 |                                      | **REQUEST FOR DISMISSAL AND**
   |         Plaintiff,                   | **(PROPOSED) ORDER**
13 |                                      |
14 | vs.                                  |
   | EXPEDITORS INTERNATIONAL OF          |
15 | WASHINGTON, INC. a corporation;      |
   | EXPEDITORS INTERNATIONAL OCEAN, a    |
16 | business entity of unknown type,     |
17 |         Defendants.                  |

18

19     Plaintiff Volumecocomo Apparel, Inc. hereby requests the Court enter a dismissal of this

20 action without prejudice only as to defendant Expeditors International Ocean on the ground said

21 defendant is a trade name of defendant Expeditors International of Washington, Inc.

22 DATED: September 19, 2011

23                                          BULLIVANT HOUSER BAILEY PC

24

25                                          By /s/ Marilyn Raia
                                               Marilyn Raia
26
                                            Attorneys for Plaintiff
27                                          Volumecocomo Apparel, Inc.

28

– 1 –
REQUEST FOR DISMISSAL AND (PROPOSED ORDER)
13536630.1

## ORDER

Good cause appearing, it is hereby ordered that this action is dismissed without prejudice as to defendant Expeditors International Ocean.

DATED: September 22, 2011

_____
United States Magistrate Judge