1  Marilyn Raia, SBN 072320
   E-Mail: marilyn.raia@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701

5  Attorneys for Plaintiff
   Volumecocomo Apparel, Inc.
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 | VOLUMECOCOMO APPAREL, INC. a corporation,    | Case No.: CV 11 4201 MEJ
12 |                                              | **REQUEST FOR DISMISSAL AND**
   |               Plaintiff,                     | **(PROPOSED) ORDER**
13 |
   |     vs.
14 |
   | EXPEDITORS INTERNATIONAL OF
15 | WASHINGTON, INC. a corporation;
   | EXPEDITORS INTERNATIONAL OCEAN, a
16 | business entity of unknown type,
17 |               Defendants.

18

19    Plaintiff Volumecocomo Apparel, Inc. hereby requests the Court enter a dismissal of this

20 action without prejudice only as to defendant Expeditors International Ocean on the ground said

21 defendant is a trade name of defendant Expeditors International of Washington, Inc.

22 DATED: September 19, 2011

23                                              BULLIVANT HOUSER BAILEY PC
24
25                                              By /s/ Marilyn Raia
                                                   Marilyn Raia
26
                                                Attorneys for Plaintiff
27                                              Volumecocomo Apparel, Inc.
28

1 | ORDER

2 | Good cause appearing, it is hereby ordered that this action is dismissed without prejudice
3 | as to defendant Expeditors International Ocean.

4

5 | DATED: September 22, 2011

_____
United States Magistrate Judge