United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VOLUMECOCOMO APPAREL, INC.,    ) Case No. 11-4201-SC
                               )
          Plaintiff,           ) ORDER GRANTING MOTIONS FOR
                               ) LEAVE TO FILE MOTIONS FOR
     v.                        ) RECONSIDERATION OF ORDER
                               ) GRANTING THIRD-PARTY
EXPEDITORS INTERNATIONAL OF    ) DEFENDANT GEMADEPT
WASHINGTON, INC.; EXPEDITORS   ) CORPORATION'S MOTION TO
INTERNATIONAL OCEAN,           ) DISMISS
                               )
          Defendants.          )
                               )
_____)
                               )
HANJIN SHIPPING CO., LTD,       )
                               )
          Third-Party Plaintiff, )
                               )
     v.                        )
                               )
GEMADEPT CORP.,                )
                               )
          Third-Party Defendant. )
                               )
_____)
                               )
EXPEDITORS INTERNATIONAL OF    )
WASHINGTON, INC.,              )
                               )
          Third-Party Plaintiff, )
                               )
     v.                        )
                               )
GEMADEPT CORP.,                )
                               )
          Third-Party Defendant. )
                               )
_____)

1   Hanjin Shipping Co., Ltd. ("Hanjin") and Expeditors

2 International of Washington, Inc. ("Expeditors") have filed motions

3 for leave to file motions for reconsideration of this Court's order

4 granting Gemadept Corporation ("Gemadept")'s Motion to Dismiss.

5 ECF Nos. 42 ("Hanjin's Mot."), 43 ("Expeditors' Mot.").  Having

6 reviewed both motions, and good cause appearing, it is hereby

7 ORDERED that Hanjin's Motion and Expeditors' Motion are GRANTED.

8 It is further ORDERED that Expeditors shall file its motion for

9 reconsideration no later than April 26, 2012,[1] and Gemadept shall

10 file its response to the motions for reconsideration no later than

11 May 3, 2012.  These briefs shall be taken under submission by the

12 Court.

15   IT IS SO ORDERED.

17   Dated: April 18, 2012

18       UNITED STATES DISTRICT JUDGE

_____

[1] Hanjin has already filed its motion for reconsideration with the Court.

**United States District Court**
For the Northern District of California

2