IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLUMECOCOMO APPAREL, INC., <br><br>      Plaintiff, <br><br>   v. <br><br> EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.; EXPEDITORS INTERNATIONAL OCEAN, <br><br>      Defendants. | Case No. 11-4201-SC <br><br> ORDER GRANTING MOTIONS FOR LEAVE TO FILE MOTIONS FOR RECONSIDERATION OF ORDER GRANTING THIRD-PARTY DEFENDANT GEMADEPT CORPORATION'S MOTION TO DISMISS |
| HANJIN SHIPPING CO., LTD, <br><br>      Third-Party Plaintiff, <br><br>   v. <br><br> GEMADEPT CORP., <br><br>      Third-Party Defendant. | |
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., <br><br>      Third-Party Plaintiff, <br><br>   v. <br><br> GEMADEPT CORP., <br><br>      Third-Party Defendant. | |

Hanjin Shipping Co., Ltd. ("Hanjin") and Expeditors International of Washington, Inc. ("Expeditors") have filed motions for leave to file motions for reconsideration of this Court's order granting Gemadept Corporation ("Gemadept")'s Motion to Dismiss. ECF Nos. 42 ("Hanjin's Mot."), 43 ("Expeditors' Mot."). Having reviewed both motions, and good cause appearing, it is hereby ORDERED that Hanjin's Motion and Expeditors' Motion are GRANTED. It is further ORDERED that Expeditors shall file its motion for reconsideration no later than April 26, 2012,[1] and Gemadept shall file its response to the motions for reconsideration no later than May 3, 2012. These briefs shall be taken under submission by the Court.

IT IS SO ORDERED.

Dated: April 18, 2012

UNITED STATES DISTRICT JUDGE

---

[1] Hanjin has already filed its motion for reconsideration with the Court.

2