# United States District Court
## Northern District of California

| | |
|---|---|
| VOLUMECOCOMO APPAREL, INC. a corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. A CORPORATION; EXPEDITORS INTERNATIONAL OCEAN, a business entity of unknown type,<br><br>　　　　　　Defendants. | Case No.: CV 11-4201 SC (KAW)<br><br>ORDER RE: PLAINTIFF'S REQUEST FOR RELIEF DUE TO INADVERTENCE AND CLERICAL MISTAKE UNDER RULE 60(B)(1) |

On June 21, 2012, this case was transferred to the United States District Court for the Central District of California. See Docket No. 79. In light of this transfer, this Court will not rule upon the pending motion.

IT IS SO ORDERED.

Dated: June 26, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge